UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) | Case No. CV12-7772 JAK (VBKx) |
| ) | |
| Plaintiff, ) | CONSENT DECREE AND |
| v. ) | PERMANENT INJUNCTION |
| ) | |
| Randal Pope, an individual and d/b/a as ) | JS-6 |
| Amazon.com Seller BookGroveMedia ) | |
| and Does 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Randal Pope, an individual and d/b/a as Amazon.com Seller BookGroveMedia ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

Warner Bros. v. Pope: [Proposed] Consent Decree

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant disputes Plaintiff's allegations and makes no admission of wrongdoing by entering into this Consent Decree and Permanent Injunction.

5) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

   b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)  Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the Complaint against Defendant are dismissed with prejudice.

8) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, be reopened should Defendant default under the terms of the Settlement Agreement.

12) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; and the punishment of any violations hereof.

DATED: April 24, 2013

_____
Hon. John A. Kronstadt
United States District Judge

# EXHIBIT A
# COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA 1-085-787 | THE WIRE: The Target | Home Box Office, Inc. |
| PA 1-085-788 | THE WIRE: The Detail | Home Box Office, Inc. |
| PA 1-085-789 | THE WIRE: The Buys | Home Box Office, Inc. |
| PA 1-085-790 | THE WIRE: Old Cases | Home Box Office, Inc. |
| PA 1-091-735 | THE WIRE: The Pager | Home Box Office, Inc. |
| PA 1-091-734 | THE WIRE: The Wire | Home Box Office, Inc. |
| PA 1-085-791 | THE WIRE: One Arrest | Home Box Office, Inc. |
| PA 1-112-366 | THE WIRE: Lessons | Home Box Office, Inc. |
| PA 1-112-367 | THE WIRE: Game Day | Home Box Office, Inc. |
| PA 1-085-792 | THE WIRE: The Cost | Home Box Office, Inc. |
| PA 1-085-793 | THE WIRE: The Hunt | Home Box Office, Inc. |
| PA 1-112-891 | THE WIRE: Cleaning Up | Home Box Office, Inc. |
| PA 1-097-171 | THE WIRE: Sentencing | Home Box Office, Inc. |
| PA 1-136-490 | THE WIRE: Ebb Tide | Home Box Office, Inc. |
| PA 1-148-802 | THE WIRE: Collateral Damage | Home Box Office, Inc. |
| PA 1-194-679 | THE WIRE: Hot Shots | Home Box Office, Inc. |
| PAu2-811-064 | THE WIRE: Hard Cases | Home Box Office, Inc. |
| PAu2-803-274 | THE WIRE: Undertow | Home Box Office, Inc. |
| PA 1-148-601 | THE WIRE: All Prologue | Home Box Office, Inc. |
| PA 1-188-186 | THE WIRE: Backwash | Home Box Office, Inc. |
| PAu2-787-345 | THE WIRE: Duck And Cover | Home Box Office, Inc. |
| PA 1-190-936 | THE WIRE: Stray Sounds | Home Box Office, Inc. |
| PA 1-194-673 | THE WIRE: Storm Warnings | Home Box Office, Inc. |
| PA 1-201-679 | THE WIRE: Bad Dreams | Home Box Office, Inc. |
| PA 1-201-678 | THE WIRE: Port In A Storm | Home Box Office, Inc. |
| PA 1-246-492 | THE WIRE: Time After Time | Home Box Office, Inc. |
| PA 1-246-487 | THE WIRE: All Due Respect | Home Box Office, Inc. |
| PA 1-249-546 | THE WIRE: Dead Soldiers | Home Box Office, Inc. |
| PA 1-249-545 | THE WIRE: Amsterdam | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-249-550 | THE WIRE: Straight And True | Home Box Office, Inc. |
| PA 1-249-549 | THE WIRE: Homecoming | Home Box Office, Inc. |
| PA 1-263-206 | THE WIRE: Back Burners | Home Box Office, Inc. |
| PA 1-263-204 | THE WIRE: Moral Midgetry | Home Box Office, Inc. |
| PA 1-263-205 | THE WIRE: Slapstick | Home Box Office, Inc. |
| PA 1-263-201 | THE WIRE: Reformation | Home Box Office, Inc. |
| PA 1-265-461 | THE WIRE: Middle Ground | Home Box Office, Inc. |
| PA 1-265-512 | THE WIRE: Mission Accomplished | Home Box Office, Inc. |
| PA 1-325-037 | THE WIRE: Boys Of Summer | Home Box Office, Inc. |
| PA 1-325-038 | THE WIRE: Soft Eyes | Home Box Office, Inc. |
| PA 1-325-039 | THE WIRE: Home Rooms | Home Box Office, Inc. |
| PA 1-261-149 | THE WIRE: Refugees | Home Box Office, Inc. |
| PA 1-261-150 | THE WIRE: Alliances | Home Box Office, Inc. |
| PA 1-261-132 | THE WIRE: Margin Of Error | Home Box Office, Inc. |
| PA 1-261-151 | THE WIRE: Unto Others | Home Box Office, Inc. |
| PA 1-261-345 | THE WIRE: Corner Boys | Home Box Office, Inc. |
| PA 1-261-344 | THE WIRE: Know Your Place | Home Box Office, Inc. |
| PA 1-353-972 | THE WIRE: Misgivings | Home Box Office, Inc. |
| PA 1-353-973 | THE WIRE: A New Day | Home Box Office, Inc. |
| PA 1-353-974 | THE WIRE: That's Got His Own | Home Box Office, Inc. |
| PA 1-261-346 | THE WIRE: Final Grades | Home Box Office, Inc. |
| PA 1-611-976 | THE WIRE: More With Less | Home Box Office, Inc. |
| PA 1-608-341 | THE WIRE: Unconfirmed Reports | Home Box Office, Inc. |
| APPLICATION PENDING | THE WIRE: Not For Attribution | Home Box Office, Inc. |
| PA 1-663-138 | THE WIRE: Transitions | Home Box Office, Inc. |
| PA 1-617-062 | THE WIRE: React Quotes | Home Box Office, Inc. |
| PA 1-617-057 | THE WIRE: The Dickenson Aspect | Home Box Office, Inc. |
| PA 1-622-694 | THE WIRE: Took | Home Box Office, Inc. |
| PA 1-622-990 | THE WIRE: Clarifications | Home Box Office, Inc. |
| PA 1-622-995 | THE WIRE: Late Editions | Home Box Office, Inc. |
| PA 1-622-993 | THE WIRE: -30- | Home Box Office, Inc. |